ALBERT SPINNER, Respondent, *v.* BERGEN ASSOCIATES, INC., Appellant, Impleaded with Others.

(Argued June 12, 1933; decided July 11, 1933.)

*Joseph Steven Frank* and *Otis S. Carroll* for appellant.
*Theodore Arnold, Hyman Eller* and *Leon Bleecker* for
respondent.

no opinion.   (See 262
N. Y. 637.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.